JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

Franco L. Becia, WA 23823
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
E-Mail: Franco.L.Becia@ssa.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MYRA MELISSA ZYCH,<br><br>             Plaintiff,<br><br>vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.: 2:22-cv-02038-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD**<br><br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) to Plaintiff's Complaint.  The CAR and answer to Plaintiff's Complaint are due to be filed by February 6, 2023.  This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until March 8, 2023. If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On February 1, 2023, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR to Plaintiff's Complaint, through and including March 8, 2023.

Dated:  February 3, 2023

        BLAINE T. WELSH
        United States Attorney

        /s/ *Franco L. Becia*
        FRANCO L. BECIA
        Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 6, 2023