Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MYRA MELISSA ZYCH, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:22-cv-02038-DJA |
| v. | ) |
| | ) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

  Plaintiff by her attorney, moves for a sixty (60) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed April 7, 2023.

  Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between March 31, and May 30, 2023, staff in Counsel's office have one hundred and ninety (190) Plaintiff briefs due. This figure does not include oral arguments, appeals to Circuit Courts, reply briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation.

  These circumstances do not allow for Plaintiff's Counsel to properly prepare the opening brief by the current deadline. This request will not cause Defendant any undue hardship.

1

Wherefore, Plaintiff requests an extension from April 7, 2023 up to and including June 6, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who has no objection to this request.

Dated March 31, 2023.

                                              Respectfully submitted,

                                              */s/Hal Taylor*

**Plaintiff's Certificate of Service:**

I certify that I caused the Consent Motion for Extension of Time to be served today, March 31, 2023, by CMECF to Franco Becia, and Blaine T Welsh who are filing users of the CM/ECF system.

                                              */s/Hal Taylor*
                                              Hal Taylor

**IT IS SO ORDERED**.

DATED: April 4, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE